**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACK ABERMAN**<br>*Plaintiff,*<br>v.<br>**NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING et al.,**<br>*Defendants.* | **Case No. 2:26-cv-00918-JDW** |

**ORDER**

**AND NOW**, this 10th day of August 2026, upon consideration of Defendants' Motion To Dismiss Plaintiff's Complaint (ECF No. 30), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that if Mr. Aberman seeks to file a Second Amended Complaint, he may file a motion for leave to do so on or before September 11, 2026. Any such motion must attach the proposed Second Amended Complaint. If Mr. Aberman fails to file a proposed Second Amended Complaint, then I will assume that he intends to stand on his Amended Complaint, and I will enter an Order dismissing Counts I-III with prejudice and closing the case. For the reasons given in the accompanying Memorandum, Mr. Aberman may not seek leave to amend as to Counts IV and V of the Amended Complaint.

It is **FURTHER ORDERED** that upon consideration of Defendants' Motion For Leave To File A Reply To Plaintiff's Short Response To Defendants' Rooker-Feldman Memorandum (ECF No. 41), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Emergency Motion For Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue (ECF No. 2) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.